IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUVALU TUTNILA F.,

        Plaintiff,                    No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.            <u>ORDER</u>

                               /

        On December 23, 2004, the Magistrate Judge issued an order denying appointment of counsel and dismissing the complaint with leave to amend some claims, but without leave to amend others. The order also directed plaintiff to limit his amended complaint to twenty pages. On January 13, 2005, plaintiff filed a request for reconsideration of that order.

        Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, including the motion for reconsideration, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

////

////

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed December 23, 2004, is affirmed.
3 DATED: 9/9/2005

                                          DAVID F. LEVI
                                          United States District Judge