IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUVALU TUTNILA F.,

        Plaintiff,                      No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, filed a motion for permission to appeal Magistrate Judge's December 23, 2004 denial of his request for appointment of counsel pursuant to Fed. R. App. P. 5 and 28 U.S.C. § 1292(b) and (e).  The court has denied reconsideration of the Magistrate Judge's order.

        The court construes plaintiff's motion as a request to certify the court's denial of reconsideration for interlocutory appeal under 28 U.S.C. § 1292(b).  Under § 1292(b), a court should certify its decision for appeal when that decision involves (1) "a controlling question of law" in which  (2) "there is substantial ground for difference of opinion" where (3) "an immediate appeal from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. § 1292(b).

        The court finds the decision to deny appointment of counsel does not raise a

1

substantial ground for difference of opinion.

Therefore, IT IS HEREBY ORDERED that plaintiff's motion for permission to appeal the denial of his request for appointment of counsel is denied.

IT IS SO ORDERED.

DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge

/