IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

      Plaintiff,                  No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 3, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Sandoval was returned unserved because "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 11, 2005;

1

1        2. Within sixty days from the date of this order, plaintiff shall complete and
2  submit the attached Notice of Submission of Documents to the court, with the following
3  documents:
4        a. One completed USM-285 form for each defendant;
5        b. Two copies of the endorsed amended complaint filed April 11, 2005;
6        and
7        c. One completed summons form (if not previously provided)
8  or show good cause why he cannot provide such information.
9  DATED: March 13, 2006.

                UNITED STATES MAGISTRATE JUDGE

/mp
tuva1724.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

    Plaintiff,                      No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,        NOTICE OF SUBMISSION

    Defendants.                 OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the April 11, 2005 Amended Complaint

DATED:

_____
Plaintiff