# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| TUTUILA F. TUVALU,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JEANNE S. WOODFORD, Warden; et al.,<br><br>Defendants - Appellees. | No.  06-15629<br>D.C. No.  CV-04-01724-DFL<br><br><br>ORDER |

This appeal has been taken in good faith   [  ]

This appeal is not taken in good faith      [X]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: _5/11/2006_____