IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

      Plaintiff,                       No. CIV S-04-1724 DFL KJM P

     vs.

JEANNE WOODFORD, et al.,

      Defendants.               ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

       On February 3, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Sandoval was returned unserved with the notation "unable to locate."

       In light of the declaration filed by Deputy Attorney General Flynn in response to plaintiff's request for assistance in locating defendant Sandoval, plaintiff may attempt to serve defendant Sandoval at the California Department of Corrections and Rehabilitation.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 11, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed April 11, 2005; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
tuva1724.8e

|   |   |
|---|---|
|   | IN THE UNITED STATES DISTRICT COURT |
|   | FOR THE EASTERN DISTRICT OF CALIFORNIA |

TUTUILA F. TUVALU,

    Plaintiff,                      No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,         <u>NOTICE OF SUBMISSION</u>

    Defendants.                <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u>  1  </u>    completed summons form

    <u>  1  </u>    completed USM-285 form

    <u>  2  </u>    copies of the <u>April 11, 2005</u>
                                   Amended Complaint

DATED:

                                                                   Plaintiff