1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

**TUTUILA TUVALU,**                                    2:04-cv-1724 DFL KJM P

12                                      Plaintiff,     **ORDER**

13

14        **v.**

      **JEANNE WOODFORD, et al. ,**

15                                      Defendants.

16

17        Defendants have requested a 30-day extension of time to August 2, 2006, to file

18  responses to plaintiff's first sets of interrogatories to defendants Gomez, Woodford, and Runnels

19  and first request for admissions to defendants Wilson, Gomez, Terhune, Woodford, Runnels, and

20  Roe.  The court finds good cause to grant the request, while also adjusting slightly the discovery

21  cutoff previously set for August 4, 2006, to allow a reasonable period of time for the filing of any

22  motions to compel.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.  Defendants shall serve their responses to the discovery requests identified above on

25  or before August 2, 2006.

26  /////

27  /////

28  /////

1          2.  The discovery cutoff, by which motions to compel discovery must be filed, is reset

2    to August 18, 2006.  All other dates previously scheduled shall remain as set.

3    DATED:  July 6, 2006.

4

5    _____
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28