IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

    Plaintiff,                    No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested extensions of time to file and serve a response to defendant Sandoval's motion to dismiss and to file and serve motions to compel discovery. On August 21, 2006, plaintiff filed four motions to compel and a response to the motion to dismiss. They will be deemed timely filed.

        IT IS SO ORDERED.

DATED: August 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/bb
tuva1724.36