IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TUTUILA TUVALU,** | No. 2:04-CV-1724-DFL-KJM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODDORD, et al.,** | |
| Defendants. | |

Defendants have requested an 18-day extension of time to file opposition to plaintiff's motions to compel filed August 21, 2006. The court finds good cause, grants the request, and orders as follows:

1. Defendants' time to file opposition to plaintiffs' motions to compel filed August 21, 2006, is granted.

2. Defendants shall serve and file their opposition on or before September 29, 2006.

Dated: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1