IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

      Plaintiff,                    No. CIV S-04-1724 DFL KJM P

   vs.

JEANNE WOODFORD, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' September 29, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 12, 2006 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' September 29, 2006 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: October 24, 2006

                                      U.S. MAGISTRATE JUDGE

/mp
tuva1724.36