IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TUTUILA TUVALU,** | No. 2:04-CV-1724-DFL-KJM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al. ,** | |
| Defendants. | |

Defendants Wilson, Gomez and Woodford have requested a 15-day extension of time to and including December 18, 2006, to comply with the November 3, 2006, order directing them to file further discovery responses. The court finds good cause and orders as follows:

1. Defendants' request for extension of time is granted;

2. Defendants Wilson, Gomez and Woodford shall serve their further discovery responses in compliance with the November 3, 2006, order on or before December 18, 2006.

Dated: December 5, 2006.

_____
U.S. MAGISTRATE JUDGE

Order

1