IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA F. TUVALU,

    Plaintiff,                               No. CIV S-04-1724 DFL KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                           ORDER

_____/

       Plaintiff has requested an extension of time to file and serve a reply to defendants' opposition to plaintiff's November 21, 2006 motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 14, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' opposition to plaintiff's November 21, 2006 motion to compel.

DATED: December 19, 2006.

                                                         U.S. MAGISTRATE JUDGE

/mp
tuva1724.36(2)