IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA TUVALU,

    Plaintiff,                     No. CIV S-04-1724 RRB KJM P

  vs.

JEANNE WOODFORD, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendants' motion for summary judgment pursuant to the court's order of September 28, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 12, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' motion for summary judgment. No further extensions will be granted.

DATED: October 18, 2007.

                                                       U.S. MAGISTRATE JUDGE

/ke
tutu1724.36