IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA TUVALU,

        Plaintiff,                    No. CIV S-04-1724 RRB KJM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the March 4, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion for an extension of time (docket no. 166) is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the March 4, 2008 findings and recommendations.

DATED:  April 3, 2008.

U.S. MAGISTRATE JUDGE

/mp
tuva1724.36