IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA TUVALU,

      Plaintiff,                        No. CIV S-04-1724 JAM KJM P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.               <u>ORDER</u>

          On June 18, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 6, 2007, denying plaintiff's motions to compel discovery, motions for discovery, request for the issuance of subpoenas and motion to amend the complaint. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

////

/////

/////

/////

1

1
2
3
4   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
5   magistrate judge filed June 6, 2007, is affirmed.
6   DATED:   July 15, 2008
7
8                                           /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE
9   /tuva1724.850