IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUTUILA TUVALU,

    Plaintiff,       No. CIV S-04-1724 JAM KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.      ORDER

_____/

    On October 9, 2007, plaintiff filed a request for reconsideration[1] of the magistrate judge's order filed September 28, 2007, denying plaintiff's motion for discovery and motion to compel discovery, request for the issuance of a subpoena, motion for additional time in which to oppose defendants' motion for summary judgment and motion to amend his complaint. Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

---

[1] Plaintiff calls his document objections to findings and recommendations.

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed September 28, 2007, is affirmed.
3  DATED: July 15, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/tuva1724.850