1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TUTUILA TUVALU,

11             Plaintiff,              No. CIV S-04-1724 JAM KJM P

12        vs.

13   JEANNE WOODFORD, et al.,

14             Defendants.             ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On March 4, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations, supplemental objections and material

23   he has labeled "newly discovered."

24   /////

25   /////

26   /////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file including the additional materials submitted on May 30, 2008, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (Docket No. 165), are adopted in full;

2.  Defendants' motion for summary judgment (Docket No. 106) is granted; and

3.  Plaintiff's motion for injunctive relief (Docket No. 163) is denied.

DATED: July 15, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/tuva1724.805